# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS VALENZUELA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMITH, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01440-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS UNNECESSARY<br><br>[ECF No. 12] |

Plaintiff Santos Valenzuela is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 30, 2017, Plaintiff submitted a motion to proceed in forma pauperis in this action. Inasmuch as Plaintiff was granted in forma pauperis status on October 26, 2017, his present motion is disregarded as unnecessary.

IT IS SO ORDERED.

Dated: **November 1, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1