# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS VALENZUELA,<br><br>   Plaintiff,<br><br> v.<br><br>SMITH, et al.,<br><br>   Defendants. | Case No. 1:17-cv-01440-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 15] |

  Plaintiff Santos Valenzuela is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  On November 2, 2017, the Court found that Plaintiff's complaint failed to state a cognizable claim for relief and granted plaintiff thirty days to file an amended complaint addressing the deficiencies identified by the Court. (ECF No. 15.) On November 28, 2017, at Plaintiff's request, the Court granted Plaintiff an additional thirty days to file an amended complaint. (ECF No. 16, 17.) More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the order.

///

///

///

///

1

Accordingly, within **twenty-one (21)** days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed. The failure to comply with this order will result in a recommendation to a district judge that the action be dismissed for failure to comply with a court order and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: __**January 4, 2018**__

UNITED STATES MAGISTRATE JUDGE