| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTOS VALENZUELA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SMITH, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01440-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF ONE FINAL OPPORTUNITY TO FILE A SECOND AMENDED COMPLAINT<br><br>[ECF No. 38] |

　　　　Plaintiff Santos Valenzuela is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This case has a rather lengthy procedural history given Plaintiff's failure to respond to several orders. On November 2, 2017, the Court found that Plaintiff's complaint failed to state a cognizable claim for relief and granted plaintiff thirty days to file an amended complaint addressing the deficiencies identified by the Court. (ECF No. 15.) On November 28, 2017, at Plaintiff's request, the Court granted Plaintiff an additional thirty days to file an amended complaint. (ECF No. 16, 17.) After more than thirty days passed, on January 4, 2018, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with a court order. (ECF No. 18.) Plaintiff failed to respond to the Court's order.

Therefore, on January 31, 2018, the undersigned issued Findings and Recommendations recommending that the action be dismissed for failure to comply with a court order. (ECF No. 19.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. Plaintiff did not file objections, and the Findings and Recommendations were adopted in full on March 22, 2018, and the action was dismissed. (ECF No. 21.)

On August 6, 2018, Plaintiff filed a motion for reconsideration. (ECF No. 23.) Plaintiff requested the Court to reopen the action because he had been undergoing mental health treatment and had been transferred to multiple different facilities and denied access to the court and his legal materials. (ECF. No. 21.) As a result, Plaintiff claimed he was unable to respond to the Court's orders. (Id.) On August 8, 2018, the Court granted Plaintiff's request to reopen the action, and directed Plaintiff to file an amended complaint within thirty days. (ECF No. 24.)

On August 31, 2018, and October 5, 2018, the Court granted Plaintiff thirty additional days to file the amended complaint, resulting in a deadline of November 5, 2018. (ECF Nos. 26, 28.) Plaintiff failed to file an amended complaint on or before November 5, 2018. Therefore, on November 13, 2018, the undersigned issued Findings and Recommendations recommending that the action be dismissed. (ECF No. 29.) On this same date, Plaintiff filed a motion for an extension of time to file an amended complaint, which was placed on the docket after the issuance of the Findings and Recommendations. (ECF No. 30.) In his motion, Plaintiff submitted that on November 1, 2018, he was transferred to the California Health Care Facility in Stockton, and was without his legal materials. (Id.) On November 15, 2018, the Court vacated the November 13, 2018 Findings and Recommendation and granted Plaintiff thirty days to file a first amended complaint. (ECF No. 31.) On December 7, 2018, Plaintiff filed a first amended complaint. (ECF No. 32.)

On December 10, 2018, the undersigned issued Findings and Recommendations recommending that the instant action be dismissed for failure to state a cognizable claim for relief. (ECF No. 33.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (Id.) On December 28, 2018, Plaintiff filed objections to the Findings and Recommendations. (ECF No. 38.)

In his objections, Plaintiff contends that he filed his first amended complaint without understanding the legal process and meaning of "deliberate indifference." (ECF No. 38 at 1.) Plaintiff further contends that he has "not been given the opportunity to study this matter in a facility law library so I can correctly file the complaint for what happened to my hand in surgery. I merely was forced to file [an] amended complaint in a mental health facility at California Health Care facility without sufficient knowledge of the law and or access to the law library." (Id. at 2.)

Based on Plaintiff's allegations in his objections and in the interest of justice, the Court will grant Plaintiff one final opportunity to file a second amended complaint in an attempt to cure the deficiencies and state a cognizable claim for relief. The Court will hold the pending Findings and Recommendations in abeyance unless and until Plaintiff files a second amended complaint. Thus, if Plaintiff fails to file a timely second amended complaint, the Court will proceed with the Findings and Recommendations issued on December 5, 2018, recommending the action be dismissed for failure to state a cognizable claim for relief.

Based on the foregoing, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff may file a second amended complaint; and

2. If Plaintiff fails to file a second amended complaint, the Court will proceed with the Findings and Recommendations issued on December 5, 2018, recommending the action be dismissed for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **January 2, 2019**

UNITED STATES MAGISTRATE JUDGE