**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTOS VALENZUELA,<br><br>        Plaintiff,<br><br>    v.<br><br>SMITH, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01440-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS TO FILE SECOND AMENDED COMPLAINT<br><br>[ECF No. 43] |

Plaintiff Santos Valenzuela is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 6, 2019, Plaintiff filed a notice of change of address, and notice regarding the filing of a second amended complaint. (ECF No. 43.) Plaintiff indicates that he sent an amended complaint from Chino State Prison but is unsure if the Court received it. (Id.) Plaintiff is advised that the Court has not received a second amended complaint from Plaintiff, nor any other document besides the instant notice. In the interest of justice, the Court will grant Plaintiff thirty additional days to file a second amended complaint.

///

///

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) days from the date of service of this order to file a second amended complaint;

2. Plaintiff is advised again that an amended complaint supersedes the original complaint, Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superseded pleading," Local Rule 220. "All causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." King, 814 F.2d at 567 (citing to London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981)); accord Forsyth, 114 F.3d at 1474; and

3. If Plaintiff fails to file a second amended complaint, the Court will proceed with the Findings and Recommendations issued on December 5, 2018, recommending the action be dismissed for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **March 8, 2019**

UNITED STATES MAGISTRATE JUDGE